UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff-Appellee, | ) | 3:16-cr-0062-RCJ-VPC |
| | ) | |
| vs. | ) | C/A #: 17-10378 |
| | ) | |
| AL CHRISTOPHER BRAXTON ALLEN, | ) | |
| AKA Al Braxton Allen, AKA Christopher | ) | |
| Braxton Allen, | ) | |
| | ) | |
| Defendant-Appellant. | ) | ORDER |
| | ) | |

On 9/20/2017 the Court of Appeal for the Ninth Circuit vacated its order of 9/18/2027 to dismiss the appeal and to allow the appeal to proceed. See ECF No [45]  IT IS THEREFORE ORDERED that the Order on Mandate issued on 10/27/2017 [47] is hereby rescinded

DATED this 30th day of October, 2017.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE